IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                               NO.  2:03CV00072 SWW

MARY ANN DAVIS and her                                                DEFENDANT
spouse if any.

## ORDER APPROVING MARSHAL'S DEED

On this day, Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to the United States of America, acting by and through the U.S. Department of Agriculture, Farm Service Agency, the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: August 22, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE