IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                  NO.  2:03CV00072 SWW

MARY ANN DAVIS and her                                                DEFENDANT
spouse if any.

**ORDER CONFIRMING MARSHAL'S SALE**

Now on this day there is presented to the Court the report of sale of Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above captioned case on October 14, 2003.  It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Lee County, Arkansas, for four weeks, the last publication being on June 5, 2008, and that the said sale was held at the South Front entrance of the Lee County Courthouse in Marianna, Arkansas, on June 25, 2008, at 11:00 a.m., in conformity with the judgment of this Court. At such sale James N. Sanders and Anita E. Sanders bid the sum of $21,000.00, and that being the highest and best bid offered, the property was then sold to James N. Sanders and Anita E. Sanders.

IT IS, THEREFORE, ORDERED that the actions of the United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price of $21,000.00, less the expense items approved shall be paid to the United States of America, and U.S. Department of Agriculture, Rural Development.  The expense items reported by the United States Marshal in the amount of $278.98 are hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced

by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. The United States Marshal in the Eastern District of Arkansas is directed forthwith to deliver the deed to the purchasers named in his report of sale and that they be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal in the Eastern District of Arkansas, who shall proceed to place the purchasers in possession of the property.

DATED: August 22, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE