IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                              NO.  2:03CV00072 SWW

MARY ANN DAVIS and her                                                                DEFENDANT
spouse if any.

**ORDER OF DISTRIBUTION**

On June 25, 2008, at 11:00 A.M. at the south front entrance of the Lee County Courthouse, Marianna, Arkansas, the U.S. Marshal offered for sale the lands described in the judgment entered on October 14, 2003.  At such sale, James N. Sanders and Anita E. Sanders were the highest and best bidders for the property, and the property was then sold to the said James N. Sanders and Anita E. Sanders.

On June 25, 2008, the U.S. Marshal for the Eastern District of Arkansas, received a check in the amount of $21,000.00, from James N. Sanders and Anita E. Sanders  for payment in full for the property.  In accordance with the terms of the judgment, it is hereby ORDERED that the U.S. Marshal for the Eastern District of Arkansas, transfer the above mentioned funds to the U.S. Department of Agriculture, Rural Development, 3416 Federal Building, 700 West Capitol, Little Rock, AR  72201, and notify Gwendolyn D. Hodge, Assistant United States Attorney, by sending copy of same.

DATED: August 22, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE